# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

August 30, 2018

*Before*

DANIEL A. MANION, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

AMY C. BARRETT, *Circuit Judge*

No. 17-3314

| | |
|---|---|
| ANTHONY KAMINSKI, | Appeal from the United States District |
| *Plaintiff-Appellant,* | Court for the Northern District of Indiana, |
| | South Bend Division. |
| *v.* | |
| | No. 16-CV-514 |
| NANCY A. BERRYHILL, | |
| Acting Commissioner of Social Security, | **Jon E. DeGuilio**, |
| *Defendant-Appellee.* | *Judge.* |

## O R D E R

The Acting Commissioner of Social Security has filed a petition for panel rehearing in which she requests that the panel remove two words from a sentence of the opinion issued on July 9, 2018. The sentence, which appears on page 9 of the slip opinion, states: "At the fifth step, the burden of proof and persuasion is on the agency." The Acting Commissioner requests that we remove the two words "and persuasion" so that the sentence at issue reads, "At the fifth step, the burden of proof is on the agency."

The petition for rehearing is **GRANTED**. The sentence on page 9 of the slip opinion that reads: "At the fifth step, the burden of proof and persuasion is on the agency" is hereby **AMENDED** to read only "At the fifth step, the burden of proof is on the agency." In addition, the citation to *Maresh v. Barnhart* on page 9 is **AMENDED** to indicate the case was from the Eighth Circuit, so that the citation reads: "*Maresh v. Barnhart*, 438 F.3d 897, 901 (8th Cir. 2006) . . . ." No separate amended opinion will be issued.